# CITATION

**RUDOLPH KENNEDY**

**VERSUS**

**CHRISTOPHER LOVELACE,
UTILITY CONSTRUCTION GROUP, INC.,
N & B TRUCKING, L.L.C.,
ABC INSURANCE AND XYZ INSURANCE**




*Case: #118-098*
*Division:    " C "*
*34th Judicial District Court*
*Parish of St. Bernard*
*State of Louisiana*

**TO:  UTILITY CONSTRUCTORS, INC.
THROUGH ITS REGISTERED AGENT:
C. T. CORPORATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA  70808**

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of <u>UNOPPOSED MOTION AND ORDER FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING PETITION, AND FIRST SUPPLEMENTAL AND AMENDING PETITION</u>. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA  70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the <u>28TH</u> day of <u>SEPTEMBER</u>, 2011.

Lena R. Torres
Clerk of Court
Parish of St. Bernard

JM (KENNEDY)

By: _____
Deputy Clerk

www.stbclerk.com

/S/Jennifer L. Matlock

**DOMICILIARY**
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from ____ domicile at the time of said service.
Returned Parish of St. Bernard _____, ____.
_____
Sheriff

**PERSONAL**
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ on _____ on ____ at ____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____, ____.
_____
Sheriff

**EXHIBIT A**

**34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD**

**STATE OF LOUISIANA**

NO. 118-098 DIVISION " C "

**RUDOLPH KENNEDY**

**VERSUS**

**CHRISTOPHER LOVELACE, UTILITY CONSTRUCTION GROUP, INC, N & B TRUCKING, LLC, ABC INSURANCE AND XYZ INSURANCE**

FILED: SEP 2 8 2011 /S/CYNTHIA P. GALLARDO
@ 8:13 P.m. DEPUTY CLERK

**UNOPPOSED MOTION AND ORDER FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING PETITION**

**NOW INTO COURT**, comes Rudolph Kennedy, who seeks leave in the above captioned matter to file the Unopposed First Supplemental and Amending Petition. The referenced amendment is necessary to ensure all parties are included in this litigation. There has been no answer by any party. Furthermore, the interests of justice are best served with the proposed amendment.

Respectfully submitted,

_____
Robert P. Blackburn (24968)
Roger W. Kitchens (25130)
F. Gerald DeSalvo (25647)
**DeSalvo, Blackburn & Kitchens, LLC**
2802 Tulane Avenue
New Orleans, Louisiana 70119
Phone: (504) 821-6171
Fax: (504) 821-6172
**Counsel for Rudolph Kennedy**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by facsimile, hand delivery, electronic mail, or by placing a copy of same in the U.S. Mail, postage prepaid on this 28th day of _Sept_, 2011.

_____
ROBERT BLACKBURN

**34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD**

**STATE OF LOUISIANA**

NO. 118-098                                                           DIVISION " C "

**RUDOLPH KENNEDY**

**VERSUS**

**CHRISTOPHER LOVELACE, UTILITY CONSTRUCTION GROUP, INC, N & B TRUCKING, LLC, ABC INSURANCE AND XYZ INSURANCE**

FILED: __SEP 2 8 2011__                        /S/CYNTHIA P. GALLARDO
                                                                    **DEPUTY CLERK**

**ORDER**

**CONSIDERING THE FOREGOING**

IT IS HEREBY ORDERED that the plaintiff is granted leave and has until the 25th day of __October__ 2011 to file the first supplemental and amending petition.

St. Bernard, Louisiana this 28th day __September__ 2011.

/S/ Perry M. Nicosia
**JUDGE**

**A TRUE COPY**
Lena R. Torres
[clerk stamp]
By: _____
DEPUTY CLERK
/S/Jennifer L. Matlock

0 3 2011

## 34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

## STATE OF LOUISIANA

NO. 118-098                                    DIVISION " C "

### RUDOLPH KENNEDY

### VERSUS

### CHRISTOPHER LOVELACE, UTILITY CONSTRUCTION GROUP, INC, N & B TRUCKING, LLC, ABC INSURANCE AND XYZ INSURANCE

FILED: SEP 2 8 2011                   /S/Norma Lovell
       @ 2:34 P.m.                    DEPUTY CLERK

### PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING PETITION

NOW INTO COURT, comes Rudolph Kennedy, who respectfully represents that he wishes to supplement and amend the original petition filed herein in the following respects:

**1.**

By amending paragraph I, section B to read:

> B. UTILITY CONSTRUCTORS, INC., believed to be a Mississippi corporation, licensed to do and doing business in the Parish of St. Bernard, State of Louisiana.

**2.**

By amending paragraph I, section C to read:

> C. NB TRUCKING, INC., is a Florida corporation, transacting and doing business within the Parish of St. Bernard, State of Louisiana.

**3.**

By amending paragraph I, section D to read:

> D. ABC INSURANCE COMPANY, an unknown insurance company that provided insurance coverage to NB Trucking, Inc and its employees for the type of risk encountered by plaintiff.

**4.**

By amending paragraph I, section E to read:

> E. XYZ INSURANCE COMPANY, an unknown insurance company that provided insurance coverage to Utility Constructors, Inc and its employees for the type of risk encountered by plaintiff.

-1-

5.

**By amending paragraph III to read:**

On or about August 27, 2010, Rudolph Kennedy was employed by NB Trucking, Inc. NB Trucking, Inc. was hired by Utility Constructors, Inc. to haul dirt to a job site located at 3500 East Louisiana Highway 46, St. Bernard, Louisiana. The job site was operated by Utility Constructors, Inc. At approximately 2:20 P.M. on August 27, 2010, plaintiff Rudolph Kennedy was severely injured when an employee of Utility Constructors, Inc., Christopher Laveroni, who was himself manager/employee of Utility Constructors, Inc. raised the plaintiff's dump truck and trailer, causing Mr. Kennedy to fall down through space. The mobile work platform was used by Utility Constructors, Inc. and located at 3500 East Louisiana Highway 46, St. Bernard, Louisiana.

6.

**By amending paragraph IV to read:**

At times pertinent NB Trucking, Inc maintained insurance coverage with defendant ABC Insurance Co. with respect to the type of incident and damages asserted herein.

7.

**By amending paragraph V to read:**

At times pertinent Utility Constructors, Inc. maintained insurance coverage with defendant XYZ Insurance Co. with respect to the type of incident and damages asserted herein.

8.

**By amending paragraph VI to read:**

The said upon accident was due to the act or omission of Christopher Laveroni, who was employed by Utility Constructors, Inc., which is responsible pursuant to the doctrine of respondeat superior. Alternatively, it is also alleged that the misconduct was perpetrated by a principal officer of Utility Constructors, Inc.

9.

**By amending the prayer to read:**

WHEREFORE Rudolph Kennedy prays that Utility Constructors, Inc., NB Trucking, Inc., ABC Insurance Company and XYZ Insurance Company be served with a copy of the above and foregoing complaint and summons, and after all due delays and proceedings are had, that

there be judgment rendered in favor of Rudolph Kennedy and against Utility Constructors, Inc., NB Trucking, Inc., ABC Insurance Company and XYZ Insurance Company in an amount deemed to be reasonable in the premises, together with legal interest from the date of judicial demand until paid, for all costs and disbursements of these proceedings, and for any such general and equitable relief as the nature of the cause may require.

**WHEREFORE**, the petitioner further prays that the foregoing first supplemental and amending petition be deemed sufficient, and that after due proceedings are had that judgment be rendered against defendants for an amount deemed reasonable and just, together with legal interest from thereon from date of judicial demand until paid, and for all costs and disbursements of these proceedings and for any such general equitable relief as the nature of the cause may require.

Respectfully submitted,

_____
Robert P. Blackburn (24968)
Roger W. Kitchens (25130)
F. Gerald DeSalvo (25647)
**DeSalvo, Blackburn & Kitchens, LLC**
2802 Tulane Avenue
New Orleans, Louisiana 70119
Phone: (504) 821-6171
Fax:     (504) 821-6172
**Counsel for Rudolph Kennedy**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by facsimile, hand delivery, electronic mail, or by placing a copy of same in the U.S. Mail, postage prepaid on this 21st day of Sept_____, 2011.

_____
ROBERT BLACKBURN

**PLEASE SERVE:**

**UTILITY CONSTRUCTORS, INC.**
Through its Registered Agent
CT Corporation System
5615 Corporate Blvd., Ste 400B
Baton Rouge, LA 70808

-3-

A TRUE COPY
Lena L. Torres
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA
By_____
DEPUTY CLERK

/S/Jennifer L. Matlock

OCT 0 3 2011

**PLEASE SERVE VIA LONG ARM:**

**NB TRUCKING, INC**
Through its registered agent
Naresh Bhojnauth
3826 Spirited Circle
St. Cloud, Florida 34772

-4-