**34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD**

**STATE OF LOUISIANA**

NO. 118 098                                    DIVISION " "



**RUDOLPH KENNEDY**

**VERSUS**

**CHRISTOPHER LOVELACE, UTILITY CONSTRUCTION GROUP, INC, N & B TRUCKING, LLC, ABC INSURANCE AND XYZ INSURANCE**

FILED: AUG 2 6 2011          _Lara R. Torres_
        @ 2:13 P.m.           ~~DEPUTY~~ CLERK

**PETITION FOR DAMAGES**

The Petition of Rudolph Kennedy, an adult domiciliary of the Parish of Orleans, State of Louisiana, respectfully represents that:

I.

Made defendants herein are:

A. **CHRISTOPHER LOVELACE**, is a person of the full age of majority and resident of the Brandon Mississippi;

B. **UTILITY CONSTRUCTION GROUP, INCORPORATED**, believed to be a Mississippi corporation licensed to do and doing business in the Parish of St. Bernard, State of Louisiana;

C. **N & B TRUCKING, LLC**, is a limited liability company organized under the laws of the State of Louisiana, who conducts activities within St Bernard Parish;

D. **ABC INSURANCE COMPANY**, an unknown insurance company that provided insurance coverage to N & B Trucking, LLC and its employees for the type of risk encountered by plaintiff;

E. **XYZ INSURANCE COMPANY**, an unknown insurance company that provided insurance coverage to Utility Construction Group, Inc. and its employees for the type of risk encountered by plaintiff;

EXHIBIT B

II.

Defendants are liable to Rudolph Kennedy for reasonable damages together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings for the following reasons, to wit:

III.

On or about August 27, 2010, Rudolph Kennedy was employed by N & B Trucking, LLC. N & B Trucking, LLC was hired by Utility Construction Group, Inc. to haul dirt at a job site located at 3500 East Louisiana Highway 46, St. Bernard, Louisiana. The job site was operated by Utility Construction Group, Inc. At approximately 2:20 P.M. on August 27, 2010, plaintiff, Rudolph Kennedy was severely injured during an attack that began by Christopher Lovelace. Mr. Lovelace, a project manager employed by Utility Construction Group, Inc., pushed the plaintiff out of the mobile work trailer, causing Mr. Kennedy to fall down four or five steps. The mobile work trailer was used by Utility Construction Group, Inc. and located at 3500 East Louisiana Highway 46, St. Bernard, Louisiana.

IV.

At times pertinent N & B Trucking, LLC maintained insurance coverage with defendant ABC Insurance Co. with respect to the type of incident and damages asserted herein.

V.

At times pertinent Utility Construction Group, Inc. maintained insurance coverage with defendant XYZ Insurance Co. with respect to the type of incident and damages asserted herein.

VI.

The sued upon incident was due to the act or mission of Christopher Lovelace, who was employed by Utility Construction Group, Inc., which is responsible pursuant to the doctrine of *respondeat superior*. Alternatively, it is also alleged that the misconduct was perpetrated by a principal officer of Utility Construction Group, Inc.

VII.

As a direct result of the above described incident, Rudolph Kennedy has suffered and continues to suffer severe physical and mental pain and suffering, including but, not limited to, orthopedic injuries which may worsen and/or remain permanent. The full residuals and *sequale* of his injuries are as yet not fully known. Mr. Kennedy has also suffered a loss of past earnings and a loss of future earnings capacity.

## VIII.

Rudolph Kennedy requests a trial by jury.

**WHEREFORE** Rudolph Kennedy prays that Utility Construction Group, Inc., N & B Trucking, LLC, ABC Insurance Company and XYZ Insurance Company be served with a copy of the above and foregoing complaint and summons, and after all due delays and proceedings are had, that there be judgment rendered in favor of Rudolph Kennedy and against Utility Construction Group, Inc., N & B Trucking, LLC, ABC Insurance Company and XYZ Insurance Company in an amount deemed to be reasonable in the premises, together with legal interest from the date of judicial demand until paid, for all costs and disbursements of these proceedings, and for any such general and equitable relief as the nature of the cause may require.

Respectfully submitted,

*/s/ RP Black*
Robert P. Blackburn (24968)
Roger W. Kitchens (25130)
F. Gerald DeSalvo (25647)
**DeSalvo, Blackburn & Kitchens, LLC**
2802 Tulane Avenue
New Orleans, Louisiana 70119
Phone: (504) 821-6171
Fax: (504) 821-6172
**Counsel for Rudolph Kennedy**

**PLEASE SERVE:**

Christopher Lovelace
102 Tricham Bridge Road
Brandon, Mississippi 39042

Utility Construction Group, Inc.
Through it's registered agent
Joseph V. D'Amico, III
1735 Tchoupitoulas Street
New Orleans, Louisiana 70130

N & B Trucking, LLC.
Through it's registered agent
Bert A. Chiasson
979 S. Kenner Avenue
Waggaman, Louisiana 70094

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD
STATE OF LOUISIANA

NO. 118 098 DIVISION "C"

RUDOLPH KENNEDY

VERSUS

CHRISTOPHER LOVELACE, UTILITY CONSTRUCTION GROUP, INC.,
N & B TRUCKING, LLC, ABC INSURANCE and XYZ INSURANCE

FILED: SEP 2 1 2011                 /S/Betty Borne
       8:30 hm          by CLERK

### MOTION AND ORDER FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes N & B Trucking, LLC, who requests that it be granted an extension of thirty (30) days, or until October 25, 2011, within which to file responsive pleadings. Attempts to contact Counsel for plaintiff have been made, but no response has been received.

WHEREFORE, N & B Trucking, LLC, prays that it be granted an extension of thirty (30) days or until October 25, 2011, within which to file responsive pleadings.

Respectfully submitted,
VEZINA AND GATTUSO, LLC
401 Weyer Street, P.O. Box 461
Gretna, Louisiana 70054
(504) 368-5223

SEAN R. DAWSON, LA Bar No. 19542
Attorney for N & B Trucking, LLC

### ORDER

Considering the foregoing motion:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that N & B Trucking, LLC be granted an extension of thirty (30) days, or until October 25, 2011, within which to file responsive pleadings.

Chalmette, Louisiana, this 23 day of September, 2011.

HONORABLE PERRY M. NICOSIA
DISTRICT JUDGE, DIVISION "C"

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion and Order has been served upon opposing counsel by placing same in the U.S. Mail, postage prepaid, and properly addressed, this ___ day of September, 2011.

SEAN R. DAWSON



**Marlin N. Gusman**
Sheriff, Orleans Parish
421 Loyola Avenue
Room 403
New Orleans, LA 70112

**FILED**

SEP 13 2011

CLERK OF COURT
ST. BERNARD PARISH

Parish: St. Bernard

Robert P Blackburn

Bar Roll Number: 24968

Case: (43)118098    RUDOLPH KENNEDY vs CHRISTOPHER LOVELACE ETAL

I HEREBY CERTIFY, that the Sheriff's fees due Marlin N. Gusman in the above case amount to the following:

| Serial Number | Service Type | Return Charge |
|---|---|---|
| 1 | Citation & Petition | $20.00 |

PLEASE RETURN STATEMENT WITH CHECK

New Orleans, LA

September 8, 2011

Larry J Reeves
Deputy Sheriff

Clerk of Court, 34th District
Hon. Lena R. Torres
P.O. Box 1746

Chalmette. La. 70044-1746

# CITATION

**RUDOLPH KENNEDY**

**Versus**

**CHRISTOPHER LOVELACE, UTILITY CONSTRUCTION GROUP, INC, N &B TRUCKING, LLC, ABC INSURANCE AND XYZ INSURANCE**



*Case: # 118-098*

*Division:* **C**

*34th Judicial District Court*
*Parish of St. Bernard*
*State of Louisiana*

TO: UTILITY CONSTRUCTION GROUP, INC.
THRU ITS REGISTERED AGENT:
JOSEPH V. D'AMICO, III.
1735 TCHOUPITOULAS STREET
NEW ORLEANS, LA 70130

**FILED**

SEP 13 2011

CLERK OF COURT
ST. BERNARD PARISH

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **PETITION FOR DAMAGES**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 26TH day of AUGUST, 2011.

LLB/ R. KENNEDY

Lena R. Torres
Clerk of Court
Parish of St. Bernard

By: _____
Deputy Clerk

www.stbclerk.com

/S/Lisa L. Border

---

**DOMICILIARY**
Received Parish of St. Bernard on the ___ day of _____, ___ and on the ___ day of _____, ___, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
    Returned Parish of St. Bernard _____, _____.

_____
Sheriff

**PERSONAL**
Received Parish of St. Bernard on the 6 day of Sept, 2011 and on the 7 day of Sept, 2011, I served a copy of the within _____ on Utility Construction Group on Joseph D'Amico at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
    Returned Parish of St. Bernard K. Claiborne _____, ____.

(Melody)

K. Claiborne
Sheriff

# CITATION

**RUDOLPH KENNEDY**

Versus

**CHRISTOPHER LOVELACE, UTILITY CONSTRUCTION GROUP, INC, N &B TRUCKING, LLC, ABC INSURANCE AND XYZ INSURANCE**

Case: # 118-098

Division: C

34ᵗʰ Judicial District Court
Parish of St. Bernard
State of Louisiana



**FILED**

SEP 19 2011

CLERK OF COURT
ST. BERNARD PARISH

TO: N & B TRUCKING, LLC.
THRU ITS REGISTERED AGENT:
BERT A. CHIASSON
979 S. KENNER AVENUE
WAGGAMAN, LA 70094

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **PETITION FOR DAMAGES**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 26ᵀᴴ day of AUGUST, 2011.

Lena R. Torres
Clerk of Court
Parish of St. Bernard

LLB/ R. KENNEDY

By: _____
Deputy Clerk

www.stbclerk.com

/S/Lisa L. Border

---

**DOMICILIARY**
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard_____, ____.

Sheriff

**PERSONAL**
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____, ____.

Sheriff

*[Page is largely blank; at the bottom is an upside-down service-of-process stamp from the Jefferson Parish Sheriff's Office.]*

DATE RECEIVED: SEP 1 0 2011   DATE RETURNED: 9-21-11   DATE SERVED: —
SERVICE AFFECTED OR REASON UNSERVED:
☒ PERSONAL   ___ DOMICILIARY THROUGH ___
___ NOT AT THIS ADDRESS PER ___
___ UNABLE TO SERVE AFTER MAKING ___ ATTEMPTS
___ OTHER:
116047   C. LONGWORTH
DEPUTY SHERIFF OF JEFFERSON PARISH

**34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD**

**STATE OF LOUISIANA**

NO. 118-098                              DIVISION " C "

**RUDOLPH KENNEDY**

**VERSUS**

**CHRISTOPHER LOVELACE, UTILITY CONSTRUCTION GROUP, INC, N & B TRUCKING, LLC, ABC INSURANCE AND XYZ INSURANCE**

FILED: _____SEP 2 8 2011_____      _____
                         2:13          DEPUTY CLERK

**UNOPPOSED MOTION AND ORDER FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING PETITION**

NOW INTO COURT, comes Rudolph Kennedy, who seeks leave in the above captioned matter to file the Unopposed First Supplemental and Amending Petition. The referenced amendment is necessary to ensure all parties are included in this litigation. There has been no answer by any party. Furthermore, the interests of justice are best served with the proposed amendment.

                                                     Respectfully submitted,

                                                     _____
                                                     Robert P. Blackburn (24968)
                                                     Roger W. Kitchens (25130)
                                                     F. Gerald DeSalvo (25647)
                                                     **DeSalvo, Blackburn & Kitchens, LLC**
                                                     2802 Tulane Avenue
                                                     New Orleans, Louisiana 70119
                                                     Phone: (504) 821-6171
                                                     Fax:   (504) 821-6172
                                                     **Counsel for Rudolph Kennedy**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by facsimile, hand delivery, electronic mail, or by placing a copy of same in the U.S. Mail, postage prepaid on this _28th_ day of ___Sept___, 2011.

                                                     _____
                                                     ROBERT BLACKBURN

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 118-098                                                           DIVISION " C "

RUDOLPH KENNEDY

VERSUS

CHRISTOPHER LOVELACE, UTILITY CONSTRUCTION GROUP, INC,
N & B TRUCKING, LLC, ABC INSURANCE AND XYZ INSURANCE

FILED: __SEP 2 8 2011__                         _____
                                                DEPUTY CLERK

                                                /S/CYNTHIA P. GALLARDO

### ORDER

CONSIDERING THE FOREGOING

IT IS HEREBY ORDERED that the plaintiff is granted leave and has until the

25 day of October 2011 to file the first supplemental and amending petition.

St. Bernard, Louisiana this 28th day September 2011.

_____
JUDGE

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 118-098                                                      DIVISION " C "

RUDOLPH KENNEDY

VERSUS

CHRISTOPHER LOVELACE, UTILITY CONSTRUCTION GROUP, INC,
N & B TRUCKING, LLC, ABC INSURANCE AND XYZ INSURANCE

FILED: _____SEP 2 8 2011_____   _____Norma Lovell_____
                                          DEPUTY CLERK
                                          /S/Norma Lovell

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING PETITION**

NOW INTO COURT, comes Rudolph Kennedy, who respectfully represents that he wishes to supplement and amend the original petition filed herein in the following respects:

1.

By amending paragraph I, section B to read:

B.   UTILITY CONSTRUCTORS, INC., believed to be a Mississippi corporation licensed to do and doing business in the Parish of St. Bernard, State of Louisiana.

2.

By amending paragraph I, section C to read:

C.   NB TRUCKING, INC., is a Florida corporation, transacting and doing business within the Parish of St. Bernard, State of Louisiana.

3.

By amending paragraph I, section D to read:

D.   ABC INSURANCE COMPANY, an unknown insurance company that provided insurance coverage to NB Trucking, Inc and its employees for the type of risk encountered by plaintiff.

4.

By amending paragraph I, section E to read:

E.   XYZ INSURANCE COMPANY, an unknown insurance company that provided insurance coverage to Utility Constructors, Inc. and its employees for the type of risk encountered by plaintiff.

-1-

5.

**By amending paragraph III to read:**

On or about August 27, 2010, Rudolph Kennedy was employed by NB Trucking, Inc. NB Trucking, Inc., was hired by Utility Constructors, Inc. to haul dirt at a job site located at 3500 East Louisiana Highway 46, St. Bernard, Louisiana. The job site was operated by Utility Constructors, Inc. At approximately 2:20 P.M. on August 27, 2010, plaintiff, Rudolph Kennedy was severely injured during an attack that began by Christopher Lovelace. Mr. Lovelace, a project manager employed by Utility Constructors, Inc., pushed the plaintiff out of the mobile work trailer, causing Mr. Kennedy to fall down four or five steps. The mobile work trailer was used by Utility Constructors, Inc. and located at 3500 East Louisiana Highway 46, St. Bernard, Louisiana.

6.

**By amending paragraph IV to read:**

At times pertinent NB Trucking, Inc maintained insurance coverage with defendant ABC Insurance Co. with respect to the type of incident and damages asserted herein.

7.

**By amending paragraph V to read:**

At times pertinent Utility Constructors, Inc. maintained insurance coverage with defendant XYZ Insurance Co. with respect to the type of incident and damages asserted herein.

8.

**By amending paragraph VI to read:**

The sued upon incident was due to the act or mission of Christopher Lovelace, who was employed by Utility Constructors, Inc., which is responsible pursuant to the doctrine of *respondeat superior*. Alternatively, it is also alleged that the misconduct was perpetrated by a principal officer of Utility Constructors, Inc.

9.

**By amending the prayer to read:**

**WHEREFORE** Rudolph Kennedy prays that Utility Constructors, Inc., NB Trucking, Inc., ABC Insurance Company and XYZ Insurance Company be served with a copy of the above and foregoing complaint and summons, and after all due delays and proceedings are had, that

there be judgment rendered in favor of Rudolph Kennedy and against Utility Constructors, Inc., NB Trucking, Inc., ABC Insurance Company and XYZ Insurance Company in an amount deemed to be reasonable in the premises, together with legal interest from the date of judicial demand until paid, for all costs and disbursements of these proceedings, and for any such general and equitable relief as the nature of the cause may require.

**WHEREFORE**, the petitioner further prays that the foregoing first supplemental and amending petition be deemed sufficient, and that after due proceedings are had that judgment be rendered against defendants for an amount deemed reasonable and just, together with legal interest from thereon from date of judicial demand until paid, and for all costs and disbursements of these proceedings and for any such general equitable relief as the nature of the cause may require.

Respectfully submitted,

*RPBlu*
Robert P. Blackburn (24968)
Roger W. Kitchens (25130)
F. Gerald DeSalvo (25647)
**DeSalvo, Blackburn & Kitchens, LLC**
2802 Tulane Avenue
New Orleans, Louisiana 70119
Phone: (504) 821-6171
Fax:   (504) 821-6172
**Counsel for Rudolph Kennedy**


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by facsimile, hand delivery, electronic mail, or by placing a copy of same in the U.S. Mail, postage prepaid on this 21st day of Sept          , 2011.

*RPBl.*
ROBERT BLACKBURN


**PLEASE SERVE:**

**UTILITY CONSTRUCTORS, INC.**
Through its Registered Agent
CT Corporation System
5615 Corporate Blvd., Ste 400B
Baton Rouge, LA 70808

-3-

**PLEASE SERVE VIA LONG ARM:**

NB TRUCKING, INC
Through its registered agent
Naresh Bhojnauth
3826 Spirited Circle
St. Cloud, Florida 34772

-4-