UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RUDOLPH KENNEDY** | * | **CIVIL ACTION NO.: 2:11-CV-2699** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **CHRISTOPHER LOVELACE, UTILITY** | * | |
| **CONSTRUCTION GROUP, INC., N & B** | * | |
| **TRUCKING, LLC, ABC INSURANCE** | * | **MAGISTRATE JUDGE:** |
| **AND XYZ INSURANCE** | * | **ALMA L. CHASEZ** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

IT IS HEREBY ORDERED the above-entitled case is hereby dismissed with prejudice, each party to bear its own expense.

New Orleans, Louisiana this 9th day of May 2012.

_____
**UNITED STATES DISTRICT COURT**